**Motion granted; Abatement Order filed January 10, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-01071-CV
_____

**BP AMERICA INC., BP PLC AND BP AMERICA PRODUCTION COMPANY, Appellants**

**V.**

**ESTRELLA SANTIAGO, INDIVIDUALLY AND AS NEXT FRIEND OF CHRISTIAN SANTIAGO, ET AL, Appellees**

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-57278**

## ABATEMENT ORDER

On December 21, 2016, the parties notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until April 10, 2017. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Justices Busby, Donovan, and Brown.